IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03363-CMA-MJW

DAWANE ARTHUR MALLETT,

Plaintiff,

v.

J. OLIVER, *Complex Warden*,
S. BEICKER GALLEGOS, *Correctional Officer*,
PAUL G. ZOHN, *Institutional Staff Psychologist*, and
KENNETH CRANK, *Trust Fund Supervisor*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Court to Serve Process on Each Defendant and Provide Plaintiff with a Copy of Service of Process (Docket No. 13) is GRANTED IN PART and DENIED IN PART, as follows.

- Chambers has conferred with the Clerk of Court and been informed that the summonses and complaint have been delivered by the to the U.S. Bureau of Prisons legal center with a request that personal service be waived.  The portion of Plaintiff's motion that requests service on defendants is therefore denied without prejudice, and may be renewed in 45 days if necessary.

- The Clerk of Court is directed to mail a copy of the summons to Plaintiff at his address of record.  The portion of Plaintiff's motion that requests a copy of the summons is thus granted.

Date: April 10, 2015