IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03363-CMA-MJW

DAWANE ARTHUR MALLETT,

Plaintiff,

v.

J. OLIVER, *Complex Warden*,
S. BEICKER GALLEGOS, *Correctional Officer*,
PAUL G. ZOHN, *Institutional Staff Psychologist*, and
KENNETH CRANK, *Trust Fund Supervisor*,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Motion for Leave to Take the Deposition of Plaintiff (Docket No. 30) is granted.  Defendant shall be permitted to depose the prisoner plaintiff at the United States Penitentiary, Administrative Maximum, in Florence, Colorado, on June 24, 2015, or on any rescheduled date.

**Plaintiff is advised that his failure to participate in the noticed deposition may very well result in the imposition of sanctions, which could include dismissal of his action with prejudice.**

Date: June 10, 2015