**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 14-cv-03363-CMA-MJW

DAWANE ARTHUR MALLETT,

Plaintiff,

v.

J. OLIVER, Complex Warden,
S. BEICKER GALLEGOS, Correctional Officer,
PAUL G. ZOHN, Institutional Staff Psychologist, and
KENNETH CRANK, Trust Fund Supervisor,

Defendants.

---

**ORDER AFFIRMING JUNE 12, 2015 RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the June 12, 2015 Recommendation by United States Magistrate Judge Michael J. Watanabe that Plaintiff's Motion for Court to Issue a Temporary Restraining Order (Doc. # 27) be denied. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 38.) Despite this advisement, no objections to Magistrate Judge Watanabe's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d

1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.")).

The Court has reviewed all the relevant pleadings concerning Plaintiff's Motion for Court to Issue a Temporary Restraining Order and the Recommendation. Based on this review, the Court concludes that Magistrate Judge Watanabe's thorough and comprehensive analysis and recommendation is correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72, advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Watanabe as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 38) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Plaintiff's Motion for Court to Issue a Temporary Restraining Order (Doc. # 27) is DENIED.

DATED: July __7____, 2015

BY THE COURT:

Christine M Arguello

CHRISTINE M. ARGUELLO
United States District Judge