**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03363-CMA-MJW

DAWANE ARTHUR MALLETT,

    Plaintiff,

v.

J. OLIVER, Complex Warden,
S. BEICKER GALLEGOS, Correctional Officer,
PAUL G. ZOHN, Institutional Staff Psychologist, and
KENNETH CRANK, Trust Fund Supervisor,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendant's Motion to Dismiss of Judge Christine M. Arguello entered on August 4, 2015 it is

    ORDERED that this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for plaintiff's failure to prosecute and to obey orders of the Court.

    DATED August 4, 2015

                             FOR THE COURT:

                             JEFFREY P. COLWELL, CLERK

                             By: s/V. Barnes
                                 V. Barnes
                                 Deputy Clerk